IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYERS MONIGAN,<br><br>        Plaintiff,<br><br>v.<br><br>NATIONAL PRESTO INDUSTRIES,<br><br>        Defendant.<br>_____/ | No. C 12-03698 SI<br><br>**PRETRIAL PREPARATION ORDER** |

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: February 8, 2013 at 3:00 p.m.
Counsel must file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is September 28, 2013

DESIGNATION OF EXPERTS: Pltf: 4/30/13, Deft: 5/31/13 ; REBUTTAL: 6/21/13.
    Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is September 28, 2013.

DISPOSITIVE MOTIONS **SHALL** be filed by October 11, 2013 ;

    Opp. Due October 25, 2013 ;  Reply Due November 1, 2013;

    and set for hearing no later than November 15, 2013 at 9:00 AM.

PRETRIAL CONFERENCE DATE: December 17, 2013 at 3:30 PM.

JURY TRIAL DATE: January 21, 2014 at 8:30 AM.,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall be prepared to discuss which ADR program they intend on participating in at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/5/12

                                                          SUSAN ILLSTON
                                                          United States District Judge