IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYERS MONIGAN,<br><br>        Plaintiff,<br><br>   v.<br><br>NATIONAL PRESTO INDUSTRIES,<br><br>        Defendant.<br>                                           / | No. C 12-03698 SI<br><br>**PRETRIAL PREPARATION ORDER** |

      It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: <u>February 8, 2013</u> at <u>3:00 p.m.</u>
Counsel must file a joint case management statement seven days in advance of the conference.

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is <u>September 28, 2013</u>

DESIGNATION OF EXPERTS: Pltf: 4/30/13, Deft: 5/31/13 ; REBUTTAL: <u>6/21/13</u>.
      Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is <u>September 28, 2013</u>.

DISPOSITIVE MOTIONS **SHALL** be filed by <u>October 11, 2013</u> ;

    Opp. Due <u>October 25, 2013</u> ; Reply Due <u>November 1, 2013</u>;

    and set for hearing no later than <u>November 15, 2013</u> at <u>9:00 AM</u>.

PRETRIAL CONFERENCE DATE: <u>December 17, 2013</u> at <u>3:30 PM</u>.

JURY TRIAL DATE: <u>January 21, 2014</u> at <u>8:30 AM.</u>,
    Courtroom 10, 19th floor.

TRIAL LENGTH is estimated to be __ days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:
Counsel shall be prepared to discuss which ADR program they intend on participating in at the next case management conference.

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement. Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

Dated: 11/5/12

SUSAN ILLSTON
United States District Judge