1  Richard Sax (SBN 80632) richard@rsaxlaw.com
   LAW OFFICES OF RICHARD SAX
2  448 Sebastopol Avenue
   Santa Rosa, CA. 95401
3  Telephone: (707) 525-1824
   Facsimile: (707) 525-8119
4  Richard Sax, Attorney for Plaintiffs,
5  MYERS MONIGAN and GEORGIA MONIGAN

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYERS MONIGAN AND GEORGIA MONIGAN, | CASE NO.: C-12-3698-SI |
| Plaintiffs, | STIPULATION AND ORDER TO CONTINUE MOTION FOR SUMMARY JUDGMENT |
| v. | Hearing Date: November 13, 2013 |
| | Hearing Time: 10:00 a.m. |
| | Department: 16 |
| | Judge: Hon. Susan Illston |
| NATIONAL PRESTO INDUSTRIES, INC., WAL-MART STORES, INC. AND DOES 1-10, INCLUSIVE, | Courtroom: 10 |
| | Trial Date: January 21, 2014 |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Richard Sax, Esq., attorney for plaintiffs, MYERS MONIGAN AND GEORGIA MONIGAN and Jessica Stuart Pliner, Esq., attorney for defendants NATIONAL PRESTO INDUSTRIES, INC., WAL-MART STORES, INC. that the Motion for Summary Judgment currently scheduled for

1  November 13, 2013 at 10:00 a.m. in Department 16 be rescheduled to December 10, 2013
2  at 10:00 a.m. in Department 16.
3  Dated: 11/08/13

By: _____
Richard Sax, Attorney for Plaintiffs

Dated:

By: _____
Jessica Stuart Pliner, Attorney for Defendants

### ORDER

Pursuant to the above stipulation of counsel, the Motion for Summary Judgment currently scheduled for November 13, 2013 at 10:00 a.m. in Department 16 be rescheduled to December 10, 2013 at 10:00 a.m. in Department 16.

IT IS SO ORDERED.

Dated: 11/12/13

_____
Susan Illston, Senior District Judge

*Monigan v. National Presto Industries/Stipulation and Order*

2