1  Richard Sax (SBN 80632) richard@rsaxlaw.com
   LAW OFFICES OF RICHARD SAX
2  448 Sebastopol Avenue
   Santa Rosa, CA. 95401
3  Telephone: (707) 525-1824
   Facsimile:  (707) 525-8119
4  Richard Sax, Attorney for Plaintiffs,
5  MYERS MONIGAN and GEORGIA MONIGAN

6

7                   UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA

9  MYERS MONIGAN AND GEORGIA        )  CASE NO.: C-12-3698-SI
10 MONIGAN,                          )
                                     )  STIPULATION AND ORDER TO
11                                   )  CONTINUE MOTION FOR
                                     )  SUMMARY JUDGMENT
12             Plaintiffs,           )
13                                   )
14 v.                                )  Hearing Date: November 13, 2013
15                                   )  Hearing Time: 10:00 a.m.
16                                   )  Department: 16
                                     )  Judge: Hon. Susan Illston
17 NATIONAL PRESTO INDUSTRIES,       )  Courtroom: 10
18 INC., WAL-MART STORES, INC. AND   )  Trial Date: January 21, 2014
   DOES 1-10, INCLUSIVE,             )
19                                   )
20                                   )
21                                   )
22             Defendants.           )

23      IT IS HEREBY STIPULATED by and between Richard Sax, Esq., attorney for
24 plaintiffs, MYERS MONIGAN AND GEORGIA MONIGAN and Jessica Stuart Pliner,
25
26 Esq., attorney for defendants NATIONAL PRESTO INDUSTRIES, INC., WAL-MART
27 STORES, INC. that the Motion for Summary Judgment currently scheduled for
28

November 13, 2013 at 10:00 a.m. in Department 16 be rescheduled to December 10, 2013 at 10:00 a.m. in Department 16.

Dated: 11/08/13

By: /s/ Richard Sax
Richard Sax, Attorney for Plaintiffs

Dated:

By: /s/ Jessica Stuart Pliner
Jessica Stuart Pliner, Attorney for Defendants

## ORDER

Pursuant to the above stipulation of counsel, the Motion for Summary Judgment currently scheduled for November 13, 2013 at 10:00 a.m. in Department 16 be rescheduled to December 10, 2013 at 10:00 a.m. in Department 16.

IT IS SO ORDERED.

Dated: 11/12/13

/s/ Susan Illston
Susan Illston, Senior District Judge

*Monigan v. National Presto Industries/Stipulation and Order*

2