| | |
|---|---|
| 1 | **PHILLIPS, SPALLAS & ANGSTADT LLP** |
|   | **Robert K. Phillips – (SBN 135088)** |
| 2 | **Jessica Stuart Pliner – (SBN 261976)** |
|   | 505 Sansome Street, Sixth Floor |
| 3 | San Francisco, California  94111 |
|   | Telephone:  (415) 278-9400 |
| 4 | Facsimile:  (415) 278-9411 |
|   | rphillips@psalaw.net |
| 5 | jpliner@psalaw.net |
| 6 | |
| 7 | Attorneys for Defendants |
|   | NATIONAL PRESTO INDUSTRIES |
| 8 | And WAL-MART STORES, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MYERS MONIGAN AND GEORGIA MONIGAN, | Case No.  C-12-3698- SI |
| Plaintiffs, | [~~PROPOSED~~] **ORDER ALLOWING DELIVERY OF OVERSIZED EXHIBIT** |
| v. | |
| NATIONAL PRESTO INDUSTRIES, WAL-MART STORES, INC AND DOES 1-10, INCLUSIVE | **Hon. Susan Illston** |
| Defendants. | |

The Court makes the following order:

Defendant National Presto Industries, Inc. is permitted to have its shipping agent, Western Messenger, deliver a large exhibit for trial in the above-referenced case in a 3' x3' x5' crate to the Court, to Courtroom D on the 15th Floor on Tuesday January 21, 2014.

IT IS SO ORDERED.

Dated: January 17, 2014

_____
Hon. Susan Illston
United States District Judge