1  **PHILLIPS, SPALLAS & ANGSTADT LLP**
   **Robert K. Phillips – (SBN 135088)**
2  **Jessica Stuart Pliner – (SBN 261976)**
   505 Sansome Street, Sixth Floor
3  San Francisco, California  94111
   Telephone:  (415) 278-9400
4  Facsimile:  (415) 278-9411
   rphillips@psalaw.net
5  jpliner@psalaw.net

6

7  Attorneys for Defendants
   NATIONAL PRESTO INDUSTRIES
8  And WAL-MART STORES, INC.

9

10                             UNITED STATES DISTRICT COURT

11                             NORTHERN DISTRICT OF CALIFORNIA

12
                                                     )   Case No.  C-12-3698- SI
13  MYERS MONIGAN AND GEORGIA                        )
    MONIGAN,                                         )
14                                                   )   [PROPOSED] ORDER ALLOWING
              Plaintiffs,                            )   DELIVERY OF OVERSIZED EXHIBIT
15                                                   )
         v.                                          )
16                                                   )
    NATIONAL PRESTO INDUSTRIES, WAL-                 )   **Hon. Susan Illston**
17  MART STORES, INC AND DOES 1-10,                  )   **Hon. Bernard Zimmerman**
    INCLUSIVE                                        )
18            Defendants.                            )
                                                     )
19  _____          )

20  The Court makes the following order:

21       Defendant National Presto Industries, Inc. is permitted to have its shipping agent,

22  Western Messenger, deliver a large exhibit for trial in the above-referenced case in a 3' x3' x5'

23  crate to the Court, to Courtroom D on the 15th Floor on [date]: __May 30,_____, 2014,

24  for the above-encaptioned trial beginning on June 2, 2014.

25  IT IS SO ORDERED.

26  Dated: May ~~1~~ 6, 2014                      _[signature: Bernard Zimmerman]_
                                                   _____
27                                                   ~~Hon. Susan Illston~~
                                                     United States District Judge
28

---

**[PROPOSED] ORDER ALLOWING DELIVERY OF OVERSIZED EXHIBIT**
*U.S.D.C. – Northern District of California – Case No.* C-12-3698- SI
Page 1