IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MONIGAN, ET AL.,

    Plaintiff,

v.

NATIONAL PRESTO INDUSTRIES, ET AL.,

    Defendant.

No. C-12-3698 SI

**ORDER**

**IT IS HEREBY ORDERED** That the United States District Court Jury Commissioner shall furnish daily refreshments for the members of the jury in the above-entitle case at the expense of the United States District Court Jury Commissioner.

Dated: 5/21/14

BERNARD ZIMMERMAN
UNITED STATES MAGISTRATE-JUDGE