```
                    UNITED STATES DISTRICT COURT

                   NORTHERN DISTRICT OF CALIFORNIA


MYERS MONIGAN; GEORGIA        )
MONIGAN,                      )
                              )         No. C 12-3698 BZ
         Plaintiffs,          )
                              )
     v.                       )         PRETRIAL ORDER
                              )
NATIONAL PRESTO INDUSTRIES;   )
WAL-MART STORES INC.,         )
                              )
         Defendants.          )
                              )
                              )
```

The pretrial conference in this case was held on May 21, 2014. Plaintiffs were represented at the conference by Richard Sax. Defendants were represented by Jessica Pliner.

This Order shall control the subsequent conduct of the case and be modified only to prevent manifest injustice. See Fed. R. Civ. P. 16(e).

**1.   LENGTH AND TIME OF TRIAL**

Trial shall begin on **Monday, June 2, 2014 at 8:30 a.m.,** in **Courtroom D**, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102 and is expected to last four to five days. The trial schedule is as follows: 8:30 a.m. - 1:30 p.m.  Counsel shall meet in chambers by **8:30**

1

**a.m.** on **June 2, 2014.**  Each side will have up to eight hours to present evidence.  <u>See</u> Docket No. 95 at 2.

Plaintiff shall be prepared to call witnesses **Monday, June 2, 2014.**  Each side shall schedule witnesses to avoid any interruption in the presentation of testimony.

**2.    VOIR DIRE**

Any objections to the voir dire questions distributed at the conference, or requests for additional questions, shall be filed by **May 28, 2014.**  Each side shall have up to three peremptory challenges.

**3.    EXHIBITS**

Exhibits shall not be a part of the record or go to the jury unless sponsored by a witness or otherwise brought to the jury's attention.

**4.    JURY INSTRUCTIONS**

The court will distribute a proposed set of jury instructions.  Final instructions will be driven by the evidence and will be settled shortly before the jury is to be instructed.  Any objections to the proposed set of jury instructions shall be filed by **May 28, 2014** with a proposed revised instruction.

**5.    MISCELLANEOUS**

Any party who desires a transcript of the trial must make arrangements with the Court Reporter Supervisor, Debra Campbell, at 415-522-2079.  Any party who needs an interpreter or audio or visual equipment shall make its own arrangements for same and clear all such equipment with court security personnel.  For any equipment the parties seek to bring into

2

Court, they shall file a proposed order seeking permission to do so.  The parties shall arrange with **Courtroom Deputy Tracy Kasamoto** at **415-522-2028** to set up any audio-visual equipment on **Friday**, **May 30, 2014.**  The parties shall notify the Court **immediately** if this action should settle before the commencement of trial.

Dated: May 22, 2014

_____
Bernard Zimmerman
United States Magistrate Judge