FILED

JUN X 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES  DISTRICT COURT

Northern District of California

MYERS MONIGAN,

                Plaintiff(s),

    v.

NATIONAL PRESTO INDUSTRIES,

                Defendant(s).

No. C 12-03698 BZ

**JURY REFRESHMENT ORDER**

IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish Boxed Lunches and drinks for the 7 members of the jury during deliberation in the above-entitled matter. The jury will be deliberating beginning, Friday, June 6, 2014, in Courtroom D , 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.  The refreshments shall be brought to the jury room **by no later than 11:30 a.m. on June 6, 2014** and will be cleared by **no later than 3:00 p.m.**

    **IT IS SO ORDERED.**

Dated: June 5, 2014

Bernard Zimmerman
United States Magistrate Judge

UNITED STATES DISTRICT COURT
For the Northern District of California