UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MYERS MONIGAN; GEORGIA MONIGAN,

    Plaintiffs,

  v.

NATIONAL PRESTO INDUSTRIES; WAL-MART STORES INC.,

    Defendants.

No. C 12-3698 SI-BZ

**ORDER DENYING AS MOOT DEFENDANTS' MOTION FOR JUDGMENT AS A MATTER OF LAW**

Defendants' motion for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50(a) that was previously taken under submission by the Court is DENIED as moot.

Dated: June 6, 2014

_____
Bernard Zimmerman
United States Magistrate Judge

1